450 A.2d 1062

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal
Denied Feb. 28, 1983.

 Submitted November 10, 1981. Vincent R. Baginski, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated January 28, 1981 is affirmed.